DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., ) | |
| ) | CASE NO. 5:08 CV 2786 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| James G. Willis, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's motion for default judgment is granted against all defendants in the amount of $2,217.75.

The Clerk is directed to mail a copy of the Court's Memorandum Opinion and Order, and this Judgment Entry, to the defendants at the address contained in the pleadings.

This case is closed.

IT IS SO ORDERED.

  February 11, 2009                    *s/ David D. Dowd, Jr.*
Date                                            David D. Dowd, Jr.
                                                      U.S. District Judge